UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **LISETTE G. PELLETIER,**          ) | |
| )| |
| **PLAINTIFF**          ) | |
| ) | |
| **v.**          ) | **CIVIL NO. 1:10-CV-438-DBH** |
| ) | |
| **MICHAEL J. ASTRUE,**          ) | |
| **COMMISSIONER OF SOCIAL SECURITY,**   ) | |
| ) | |
| **DEFENDANT**          ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 4, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Amended Report and Recommended Decision. The time within which to file objections expired on October 21, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The matter is **REMANDED** for further proceedings consistent with the discussion in the Recommended Decision and the discussion offered in the prior order of remand.

**SO ORDERED.**

**DATED THIS 24TH DAY OF OCTOBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**