**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **LISETTE G. PELLETIER,** | ) | |
| | ) | |
|       **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:10-CV-438-DBH |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
|       **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On November 10, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision on Application for Attorney Fees. The time within which to file objections expired on November 28, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for award of attorney fees is **GRANTED** in the amount of Five Thousand Four Hundred Seventy-Seven Dollars and Fifty Cents ($5,477.50). The plaintiff's bill of costs shall be reviewed by the Clerk.

    **SO ORDERED.**

    DATED THIS 2ND DAY OF DECEMBER, 2011

                                              /S/D. BROCK HORNBY
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**